IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KERRY ROGERS,<br>Individually and on behalf<br>of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>ROADSTAR TOWING & RECOVERY<br>SERVICES, LLC and CORRI EDWARD,<br><br>*Defendants.* | § Civil Action No. 4:18-cv-00900<br>§<br>§ JURY TRIAL DEMANDED<br>§<br>§ COLLECTIVE ACTION<br>§ PURSUANT TO 29 U.S.C. § 216(b)<br>§<br>§ CLASS ACTION PURSUANT TO<br>§ FED. R. CIV. P. 23 |

## FINAL JUDGMENT

BEFORE THE COURT comes Plaintiff's Motion for Entry of Final Default Judgment (ECF No.___). On or about March 27, 2018, citations were issued by the Court. Service on Defendants, RoadStar Towing & Recovery Services, LLC and Corri Edward ("Defendants"), was completed on April 30, 2018. On May 10, 2018, Plaintiff filed the Return of Service as to Defendants RoadStar Towing & Recovery Services, LLC and Corri Edward (ECF No. 5). Defendants, RoadStar Towing & Recovery Services, LLC and Corri Edward, although having been duly and legally served with process and cited to appear, failed to appear and wholly made default. Thereafter, Plaintiff moved for entry of default judgment (ECF No. 6). On August 8, 2018, the clerk entered a default against Defendants RoadStar Towing & Recovery Services, LLC and Corri Edward (ECF No. 7).

Having reviewed the record and the Court being duly advised as to the premises thereof, it is ORDERED, ADJUDGED, AND DECREED that the Motion for Entry of Final Default Judgment is **GRANTED** and that Defendants have, by default, admitted the allegations of Plaintiff's Original Collective and Class Action Complaint (ECF 1).

Based upon the undisputed record, the Court finds that Plaintiff, Kerry Rogers, shall have and recover from the Defendants, RoadStar Towing & Recovery Services, LLC and Corri Edward, jointly and severally as joint employers, $19,610.40 in unpaid wages and unpaid overtime wages, and $19,610.40.00 in liquidated damages for a total of $39,220.80.

Based on the undisputed record, the Court further finds that Plaintiff shall have and recover from the Defendants, RoadStar Towing & Recovery Services, LLC and Corri Edward, jointly and severally, $10,935.00 in attorneys' fees and $615.00 in costs. The Court finds that the attorneys' fees and costs are reasonably and were necessarily incurred in the prosecution of this matter.

The Court therefore enters a total judgment of $50,770.80 and authorizes post judgment interest against Defendants, for which execution shall issue forthwith.

SIGNED this _____ day of ____JAN 0 6 2021_____, 2020.

_____
HON. JUDGE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE